U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
NAUTILUS INSURANCE COMPANY
v.
HAPP'S, INC. and PATRICK JOSEPH CARNEY

Case Number:

KC FILED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAUTILUS INSURANCE COMPANY

08CV695
JUDGE HART
MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print) Robert A. Chaney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *Robert A. Chaney* | |
| FIRM Bollinger, Ruberry & Garvey | |
| STREET ADDRESS 500 West Madison Street, Suite 2300 | |
| CITY/STATE/ZIP Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3128827 | TELEPHONE NUMBER 312.466.7274 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |