# Exhibit A

#02329   RJB\tlb   8/29/2007                                              2007S-0261

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PATRICK JOSEPH CARNEY, | |
| Plaintiff, | |
| v. | No.   07 L 8369 H |
| HAPP'S, INC., a corporation, and UNION PACIFIC RAILROAD COMPANY, a corporation, | |
| Defendants. | |

### AMENDED COMPLAINT AT LAW

PATRICK JOSEPH CARNEY, through his attorneys, CORBOY & DEMETRIO, complaining of HAPP'S, INC., a corporation and UNION PACIFIC RAILROAD COMPANY, a corporaiton, and each of them, states:

### COUNT I

Happ's Inc., a corporation - Negligence

1. On July 31, 2006, the Union Pacific Railroad owned a railroad bridge located two blocks west of Western Avenue which ran over Polk Street on the eastern edge of this railroad overpass at approximately 2600 South Polk Street, Chicago, Cook County, Illinois.

2. At the time and place aforesaid, the Union Pacific Railroad bridge ran in a north/south direction.

3. At some time before July 31, 2006, the Union Pacific Railroad hired HAPP'S, INC. to take down the aforementioned bridge.

4. At some time before July 31, 2006, HAPP'S, INC. hired the Carney Group, Inc., d/b/a Chicago Explosive Services as a sub-contractor to assist in the tear down of the railroad bridge.

5. During the entire process of the tear down of the abovementioned railroad bridge, HAPP'S, INC. was in control of the work site.

6. On July 31, 2006, PATRICK JOSEPH CARNEY was working with employees of HAPP'S, INC. and the Carney Group, Inc., d/b/a Chicago Explosive Services on the tear down operation of the abovementioned railroad bridge and was standing on the north side of the railroad bridge, approximately eight to ten feet from the beginning of the overpass portion of the bridge.

7. At that time and place, there was a metal planking which ran from the north end of the overpass portion of the bridge into the old track area.

8. At that time and place, PATRICK JOSEPH CARNEY was standing on ballast which covered this planking.

9. At that time and place, as workers from HAPP'S, INC. and Carney Group, Inc., d/b/a Chicago Explosive Services were attempting to breakdown the girders, the west girder began to collapse which caused the planking to be pulled up.

10. At that time and place, PATRICK JOSEPH CARNEY began to slip down towards the east girder as the planking began to rise.

11. At that time and place, the west girder eventually came down directly on PATRICK JOSEPH CARNEY's legs, pinning him.

12. At that time and place and before, HAPP'S, INC., a corporation, was negligent in

## The Underlying Complaint

7. On August 8, 2007, Carney filed a Complaint at Law in the Circuit Court of Cook County, Illinois, Case No. 07 L 8369 H, against Happ's. On September 13, 2007, Happ's filed an Amended Complaint at Law ("Amended Complaint"), adding Union Pacific Railroad Company as a defendant. Attached as Exhibit A is a true and accurate copy of the Amended Complaint.

9. Carney alleges that Union Pacific hired Happ's to remove an unused railroad bridge located in Chicago, Illinois, and that Happ's hired Carney Group, Inc. d/b/a Chicago Explosive Services to assist in the teardown of the bridge.

10. Carney further alleges that on July 31, 2006, he was injured in an accident while working on the project, and that various negligent omissions on the part of Happ's proximately caused his injury.

## The Nautilus Policy

11. Nautilus issued Commercial General Liability Policy No. BN463745, effective January 1, 2006 to January 1, 2007, to Happ's (the "Policy"). Attached as Exhibit B is a true and accurate copy of the Policy.

12. The Conditions section of the Policy provides, in relevant part, as follows:

2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

    a. you must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        (1) How, when and where the "occurrence" or offense took place;

        (2) The names and addresses of any injured persons and witnesses; and

        (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

2

one or more of the following ways:

    a.    Failed to adequately inspect the area around the railroad bridge;

    b.    Failed to obtain adequate engineering designs of the railroad bridge;

    c.    Failed to inform PATRICK JOSEPH CARNEY of the presence of the plank underneath the ballast.

13.    As a result of one or more of the aforementioned negligent acts or omissions, PATRICK JOSEPH CARNEY sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, PATRICK JOSEPH CARNEY, demands judgment against Defendant, HAPP'S, INC., a corporation, in a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

## COUNT II

### Union Pacific Railroad Company, a corporation - Negligence

1.    On July 31, 2006, the Union Pacific Railroad owned a railroad bridge located two blocks west of Western Avenue which ran over Polk Street on the eastern edge of this railroad overpass at approximately 2600 South Polk Street, Chicago, Cook County, Illinois.

2.    At the time and place aforesaid, the Union Pacific Railroad bridge ran in a north/south direction.

3.    At some time before July 31, 2006, the Union Pacific Railroad hired HAPP'S, INC. to take down the aforementioned bridge.

4.    At some time before July 31, 2006, HAPP'S, INC. hired the Carney Group, Inc., d/b/a Chicago Explosive Services as a sub-contractor to assist in the tear down of the railroad bridge.

5. On July 31, 2006, PATRICK JOSEPH CARNEY was working with employees of HAPP'S, INC. and the Carney Group, Inc., d/b/a Chicago Explosive Services on the tear down operation of the abovementioned railroad bridge and was standing on the north side of the railroad bridge, approximately eight to ten feet from the beginning of the overpass portion of the bridge.

6. At that time and place, there was a metal planking which ran from the north end of the overpass portion of the bridge into the old track area.

7. At that time and place, PATRICK JOSEPH CARNEY was standing on ballast which covered this planking.

8. At that time and place, as workers from HAPP'S, INC. and Carney Group, Inc., d/b/a Chicago Explosive Services were attempting to breakdown the girders, the west girder began to collapse which caused the planking to be pulled up.

9. At that time and place, PATRICK JOSEPH CARNEY began to slip down towards the east girder as the planking began to rise.

10. At that time and place, the west girder eventually came down directly on PATRICK JOSEPH CARNEY's legs, pinning him.

11. At that time and place and before, UNION PACIFIC RAILROAD COMPANY, a corporation, was negligent in one or more of the following ways:

    a. Failed to adequately inspect the area around the railroad bridge;

    b. Failed to provide engineering designs of the railroad bridge to Happ's, Inc.;

    c. Failed to inform PATRICK JOSEPH CARNEY of the presence of the plank underneath the ballast;

        d.      Failed to supervise the tear down of the aforesaid UNION PACIFIC railroad bridge.

13.     As a result of one or more of the aforementioned negligent acts or omissions, PATRICK JOSEPH CARNEY sustained injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, PATRICK JOSEPH CARNEY, demands judgment against Defendant, UNION PACIFIC RAILROAD COMPANY, INC., a corporation, in a sum in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

_____
Robert J. Bingle

Corboy & Demetrio, P.C.
Attorney for Plaintiff(s)
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. #2329

5