AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

NAUTILUS INSURANCE COMPANY,

V.

HAPP'S, INC. and PATRICK JOSEPH CARNEY

08CV695
JUDGE HART
MAGISTRATE JUDGE DENLOW

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Happ's, Inc.
c/o Registered Agent
Steve Happ
901 State Street
Chicago Heights, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Goldwater
Robert A. Chaney
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK
KRYSTEN COPPOLETTA

JAN 31 2008

(By) DEPUTY CLERK                                                DATE

AO 440 (Rev 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/20/08 |
| NAME OF SERVER *(PRINT)* TIM DONNELLY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: C/O VALERIE HAYES - MGR. @ 901 STATE ST., CHICAGO HEIGHTS, IL 60411

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/20/08
Date

Signature of Server: *Tim Donnelly*

Address of Server: 27 N. WACKER DR. 195, CHICAGO, IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.