IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 695 |
| | ) |
| HAPP'S INC, AND PATRICK JOSEPH CARNEY. | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXTEND**

FILED
MAR 1 0 2008
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOW COMES Happ's Inc., by and through its attorneys and for its motion to extend time states as follows;

1. Defendant Happ's Inc., was served with the complaint in this matter on February 20, 2008.

2. Happ's retained counsel on or about March 6, 2008 and counsel has not had the opportunity to complete review of the file.

3. The Plaintiff has no objection to this motion.

**WHEREFORE**, Defendant Happ's Inc., prays that this Court grant the motion to extend and give Defendant Happ's Inc., until April 10, 2008 to answer or otherwise plead and for further relief that is just and equitable in the circumstances.

Respectfully Submitted,

_____
One of the attorneys for Defendant

Joseph T. Gentleman (6244501)
33 North Dearborn St, Suite 1401
Chicago, Illinois 60602
(312) 263-7000

Kent A. Heitzinger (26373)
1056 Gage St, Suite 200
Winnetka, Illinois 60093
(847) 446-2430