IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 08 C 695 |
| HAPP'S INC, AND PATRICK JOSEPH CARNEY. | ) ) ) ) |
| Defendant. | ) ) |

### NOTICE OF MOTION

**FILED**
MAR 1 0 2008
Mar 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Jeffrey Alan Goldwater
      Robert A. Chaney
      Bollinger, Ruberry & Garvey
      500 West Madison Street
      Suite 2300
      Chicago, Illinois 60606-2511

**PLEASE TAKE NOTICE** that on the ___26___ day of **March 2008**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Judge Hart,** or any judge sitting in his stead, in **Room 2243**, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present **MOTION TO EXTEND,** a copy of which is herewith served upon you.

By: _____
One of the attorneys for Defendant

Joseph T. Gentleman (ARDC NO. 6244501)
Kent A. Heitzinger (ARDC NO. 26373)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that she caused to be served the foregoing **Notice** and **MOTION TO EXTEND**, by placing in postage-prepaid envelopes addressed to the attorneys listed above, and depositing same in the U.S. Mail Box located at 33 North Dearborn Street, Chicago, Illinois on the **10th** day of **March 2008**.

_____