**IN THE UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 08 C 695 |
| HAPP'S INC, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

TO: Jeffrey Alan Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, Illinois 60606-2511

**PLEASE TAKE NOTICE** that on the **10th** day of **April 2008,** the undersigned filed by ECF with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division**, DEFENDANT HAPP'S INC ANSWER TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT,** a copy of which are herewith served upon you.

By: /s/ Joseph T. Gentleman
One of the attorneys for Defendant

Joseph T. Gentleman (ARDC NO. 6244501)
Kent A. Heitzinger (ARDC NO. 26373)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned certifies that she caused to be electronically served the foregoing **Notice** and **DEFENDANT HAPP'S INC ANSWER TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**, to the attorneys listed above on the **10th** day of **April 2008**.

/s/ Chrissy Wawryniuk