07-261

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　Case Number: 08 CV 00695

Nautilus Insurance Company
v.

Patrick Joseph Carney and Happ's Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) <br> Robert J. Bingle | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert Bingle | |
| FIRM <br> Corboy & Demetrio, P.C. | |
| STREET ADDRESS <br> 33 North Dearborn Street, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 108 | TELEPHONE NUMBER <br> (312) 346-3191 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒　　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒　　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |