TFB/amb                              2007s-261

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08 CV 00695 |
| | ) | |
| HAPP'S, INC. and | ) | The Honorable William T. Hart |
| PATRICK JOSEPH CARNEY, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

Now comes defendant, PATRICK JOSEPH CARNEY, by and through his attorneys, CORBOY & DEMETRIO, P.C., for his Answer to Plaintiff's Amended Complaint for Declaratory Judgment, states as follows:

#### Parties and Venue

1. Defendant admits the allegations contained in paragraph 1.

2. Defendant admits the allegations contained in paragraph 2.

3. Defendant admits the allegations contained in paragraph 2.

4. Defendant admits the allegations contained in paragraph 4.

5. Defendant admits the allegations contained in paragraph 5.

6. Defendant admits the allegations contained in paragraph 6.

#### The Underlying Complaint

7. Defendant admits the allegations contained in paragraph 7.

8. Complaint contains no paragraph 8.

9. Defendant admits the allegations contained in paragraph 9.

10. Defendant admits the allegations contained in paragraph 10.

## The Nautilus Policy

11. Defendant admits the allegations contained in paragraph 11.

12. Defendant admits the allegations contained in paragraph 12.

13. Defendant denies that a citation and notification of penalty was issued on December 11, 2006, othewise admits the allegations contained in paragraph 13.

14. Defendant has insufficient knowledge or information to either admit or deny the allegations contained in paragraph 14.

15. Defendant has insufficient knowledge or information to either admit or deny the allegations contained in paragraph 15.

16. Defendant denies each and every allegation contained in paragraph 16.

17. Defendant denies each and every allegation contained in paragraph 17.

18. Defendant admits the allegations contained in paragraph 18.

Respectfully submitted,

_____
Thomas F. Boleky

CORBOY & DEMETRIO, P.C.
Attorneys for Defendant, Carney
33 North Dearborn Street
Suite 2100
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. 108