TFB/amb        2007S-261                                          Firm I.D. #108

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) |
| v. | ) Case No.: 08 CV 00695 |
| HAPPS, INC., and | ) |
| PATRICK JOSEPH CARNEY, | ) The Honorable William T. Hart |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO:    All Counsel of Record

PLEASE TAKE NOTICE that I have this date filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached: **Defendant's Answer to Complaint for Declaratory Judgment.**

Dated at Chicago, Illinois this 25th day of April, 2008.

>   Thomas F. Boleky \s\
>   Corboy & Demetrio, P.C.
>   Attorney for Plaintiffs
>   33 North Dearborn Street, Suite 2100
>   Chicago, Illinois 60602
>   (312) 346-3191
>   Firm I.D. 108

[X]    Under penalties as provided by law pursuant to 735 Illinois Compiled Statutes 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

# SERVICE LIST

Re:   *Nautilus Insurance Company v. Happs, Inc. and Patrick Joseph Carney*
Court No.: **08-CV-695**
Our File No.: 2007s-261

Mr. Robert Chaney
Bollinger Ruberry & Garvey
500 W. Madison Street, Suite 2300
Chicago, Illinois 60661
(312) 466-7274
Fax: (312) 466-8001
**ATTORNEY FOR NAUTILUS INSURANCE COMPANY**

Mr. Joseph Thomas Gentleman
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 504-8065
**ATTORNEY FOR HAPP'S, INC.**