**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 695 |
| | ) | |
| HAPP'S INC, AND PATRICK JOSEPH CARNEY, | ) ) | |
| Defendants. | ) ) | |

**MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

NOW COMES Happ's Inc by and through its attorneys and for its motion for leave to file a third party complaint states as follows.

1. The Plaintiff in this case has filed a claim asserting that it does not have to provide insurance coverage to Happ's Inc based on the failure to properly notify the Plaintiff about an injury which occurred on July 31, 2006.

2. Happ's Inc. retained the Defendants in the third party action as an insurance agent.

3. Happ's Inc. advised the Defendants in the third party action about the occurrence of the injury on the date it occurred orally and shortly thereafter advised them of the occurrence in writing.

4. Happ's Inc. believes that if it were to lose the instant case that the Defendants in the third party action would be liable to Happ's Inc. for the loss of insurance coverage.

5. After the last court appearance, counsel for Happ's contacted counsel for Nautilus in an effort to possibly avoid having to file a third party complaint. (**See Exhibit 1**).

6. Counsel for Nautilus Insurance Company provided information to counsel for Happ's Inc, which demonstrated that Nautilus Insurance Company's position is that the

Defendants in the third party action did not act as the agent for Nautilus Insurance Company and instead another person acted as the agent for Nautilus Insurance Company.

    7.    In an effort to save precious judicial resources Happ's Inc. would like to file a third party complaint in this action.

    8.    A copy of the third party complaint is attached.

WHEREFORE Happ's Inc. prays that this Court grant it leave to file a third party complaint instanter and for further relief that is just and equitable in the circumstances.

> Respectfully Submitted,
> HAPP'S INC.,
>
> By: /s/ Joseph T. Gentleman
> One of the Attorneys for Happ's Inc.

Joseph T. Gentleman (6244501)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

Kent A. Heitzinger (26373)
1056 Gage Street
Suite 200
Winnetka, Illinois 60093
(847) 446-2430