# EXHIBIT 1

LAWYER
# JOSEPH T. GENTLEMAN
33 NORTH DEARBORN STREET
SUITE 1401
CHICAGO, ILLINOIS 60602

Telephone (312) 263-7000
Facsimile: (312) 263-3051
jgentleman@gentlemanlaw.com

April 24, 2008

**BY FAX** (312) 466-8001
Jeffrey A. Goldwater
Robert A. Chaney
Bollinger, Ruberry & Garvey
500 West Madison St, Suite 2300
Chicago, Illinois 60661-4544

    **In Re: In re: Nautilus Insurance Company v. Happ's Inc**
    **No. 08 C 695**

Dear Sirs,

    In light of the comments made by Judge Hart in court, I enclose various pertinent documents. These documents establish that my client's insurance agent was Dick Zande of the Zande Group. As you can see, my client notified his insurance agent, which is also your agent, shortly after the accident occurred. In fact, I could provide affidavits to establish that the insurance agent knew of the existence of the accident on the day of the accident. I invite you to contact Dick Zande and I am sure he will verify that he was notified immediately of the accident. I would like to avoid suing Dick Zande if I can. The only way I can avoid adding Dick Zande as a party is if you agree to dismiss this case. Finally, I would like to know how your client has been prejudiced by any untimely notice. Please call me to discuss.

                                           Sincerely yours,

                                           Joseph T. Gentleman

JTG/cw
Enclosure
cc: Kent Heitzinger

# ACORD — CERTIFICATE OF LIABILITY INSURANCE

**OP ID** MC
**HAPPS-1**
**DATE (MM/DD/YYYY):** 01/18/06

**PRODUCER**
Zande Group D/B/A Zande & Asso
An Affiliate of The Rockwood C
3340 Dundee Road, Suite #2c3
Northbrook IL 60062
Phone: 847-291-0441   Fax: 847-559-9077

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
Happ's, Inc.
3955 Dundee Road
Northbrook IL 60062

**INSURERS AFFORDING COVERAGE** — NAIC #
- INSURER A: Travelers Property Casualty
- INSURER B: Nautilus Insurance Company
- INSURER C: Illinois Union Insurance Co.
- INSURER D: American Int'l Companies
- INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|---|
| B | X | GENERAL LIABILITY — X COMMERCIAL GENERAL LIABILITY — CLAIMS MADE / X OCCUR — X EXCL ALL LIVE OR ACTIVE RR WORK — GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY / PRO-JECT / LOC | BN463745 | 01/01/06 | 01/01/07 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurance) | $50,000 |
| | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| A | | AUTOMOBILE LIABILITY — X ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / HIRED AUTOS / NON-OWNED AUTOS | 810835J8210IND-06 | 01/01/06 | 01/01/07 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $0 |
| | | | | | | BODILY INJURY (Per accident) | $0 |
| | | | | | | PROPERTY DAMAGE (Per accident) | $0 |
| | | GARAGE LIABILITY — ANY AUTO | N/A | | | AUTO ONLY - EA ACCIDENT | $0 |
| | | | | | | OTHER THAN AUTO ONLY: EA ACC | $0 |
| | | | | | | AGG | $0 |
| C | | EXCESS/UMBRELLA LIABILITY — X OCCUR / CLAIMS MADE — DEDUCTIBLE — X RETENTION $10,000 | G22022374001 | 01/01/06 | 01/01/07 | EACH OCCURRENCE | $4,000,000 |
| | | | | | | AGGREGATE | $4,000,000 |
| D | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY — ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | WC188-01-48 | 01/01/06 | 01/01/07 | X WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | | OTHER | | | | | |

*Stamp:* THIS CERTIFICATE VOIDS AND SUPERSEDES THE PREVIOUS CERTIFICATE ISSUED ON 12-31-05

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
RE: Manager Track - IL, Folder #2282-52. Union Pacific Railroad Company is added as an additional insured under the general liability per form CG2010 (10/01) regarding work performed by the named insured. The general liability exclusion for work within 50ft of a railroad is removed per form CG2417 (10/01). A Waiver of Subrogation applies under the general liability.

**CERTIFICATE HOLDER** — UNION-2

Union Pacific Railroad Co.
Contract Services
Real Estate Department
1400 Douglas Street, Stop 1690
Omaha NE 68179-1690

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE** *(signature)*

09/08/06  15:11 FAX 8472910441          ZANDE & ASSOCIATES, INC.                    ☒002

# ACORD™ WORKERS COMPENSATION - FIRST REPORT OF INJURY OR ILLNESS

HAPPS-1   OR ID MK

| EMPLOYER (NAME & ADDRESS INCL ZIP) | CARRIER/ADMINISTRATOR CLAIM NUMBER | | REPORT PURPOSE CODE |
|---|---|---|---|
| Happ's, Inc.<br>Mr. Steve Happ<br>3955 Dundee Road<br>Northbrook          IL 60062 | | | Notice Only |
| | JURISDICTION | JURISDICTION CLAIM NUMBER | |
| | INSURED REPORT NUMBER | | |
| | EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | | LOCATION #: |
| SIC CODE | EMPLOYER FEIN<br>36-2916016 | | PHONE #<br>847-272-2178 |

## CARRIER/CLAIMS ADMINISTRATOR

| CARRIER (NAME, ADDRESS & PHONE NO) | POLICY PERIOD | CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO) |
|---|---|---|
| American Int'l Companies<br>P.O. Box 73207<br>Chicago          IL 60673 | 01/01/06  TO 01/01/07<br>CHECK IF APPROPRIATE<br>☐ SELF INSURANCE | |
| CARRIER FEIN | POLICY/SELF-INSURED NUMBER<br>WC188-01-48 | ADMINISTRATOR FEIN |
| AGENT NAME & CODE NUMBER | | |

## EMPLOYEE/WAGE

| NAME (LAST, FIRST, MIDDLE)<br>Patrick Joseph (PJ) Carney | DATE OF BIRTH | SOCIAL SECURITY NUMBER<br>- - | DATE HIRED | STATE OF HIRE<br>IL |
|---|---|---|---|---|
| ADDRESS (INCL ZIP)<br>                                IL | SEX<br>☒ MALE<br>☐ FEMALE<br>☐ UNKNOWN | MARITAL STATUS<br>☐ UNMARRIED SINGLE/DIVORCED<br>☐ MARRIED<br>☐ SEPARATED | OCCUPATION/JOB TITLE<br>EMPLOYMENT STATUS | |
| PHONE | # OF DEPENDENTS | ☒ UNKNOWN | NCCI CLASS CODE | |

| RATE | PER: ☐ DAY ☐ WEEK ☐ MONTH ☐ OTHER: | # DAYS WORKED/WEEK | FULL PAY FOR DAY OF INJURY? ☐ YES ☐ NO<br>DID SALARY CONTINUE? ☐ YES ☐ NO |
|---|---|---|---|

## OCCURRENCE/TREATMENT

| TIME EMPLOYEE BEGAN WORK  ☐ AM ☐ PM | DATE OF INJURY/ILLNESS<br>07/31/06 | TIME OF OCCURRENCE  ☐ AM ☐ PM | LAST WORK DATE<br>07/31/06 | DATE EMPLOYER NOTIFIED | DATE DISABILITY BEGAN |
|---|---|---|---|---|---|
| CONTACT NAME/PHONE NUMBER | | TYPE OF INJURY/ILLNESS<br>Amputation | | PART OF BODY AFFECTED<br>Both Legs | |
| DID INJURY/ILLNESS EXPOSURE OCCUR ON EMPLOYER'S PREMISES?<br>☐ YES ☐ NO | | TYPE OF INJURY/ILLNESS CODE | | PART OF BODY AFFECTED CODE | |

| DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED |
|---|---|
| | |

| SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED<br>Bridge Removal | WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED |
|---|---|

| HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL | CAUSE OF INJURY CODE |
|---|---|

| DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? ☐ YES ☐ NO<br>WERE THEY USED? ☐ YES ☐ NO | INITIAL TREATMENT |
|---|---|---|---|
| PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS) | | HOSPITAL (NAME & ADDRESS) | ☐ NO MEDICAL TREATMENT<br>☐ MINOR: BY EMPLOYER<br>☐ MINOR CLINIC/HOSP<br>☐ EMERGENCY CARE<br>☐ HOSPITALIZED > 24 HRS<br>☐ FUTURE MAJOR MEDICAL/LOST TIME ANTICIPATED |
| WITNESSES (NAME & PHONE #) | | | |

| DATE ADMINISTRATOR NOTIFIED | DATE PREPARED<br>09/07/06 | PREPARER'S NAME & TITLE<br>Maureen Kavanaugh          AE | PHONE NUMBER<br>8472910441 |
|---|---|---|---|

© ACORD CORPORATION 1993

09/08/06  15:12 FAX 8472910441         ZANDE & ASSOCIATES, INC.                    ☒003

**NOTEPAD:** INSURED'S NAME Happ's, Inc.                    HAPPS-1                    PAGE 5
                                                            OP ID MK                  DATE 09/07/06

Mr. Carney is an employee of Carney Group, Inc. dba Chicago Explosive
Services, a subcontractor for our insured, Happ's, Inc. Happ's hired
Chicago Explosive Services to take down a bridge and Mr. Carney was pinned
under the bridge when it came down and subsequently lost both legs.
Chicago Explosive Services has WC coverage through Liberty Mutual but they
are denying benefits under the Chicago Explosive Services policy. See
letter from Crisham & Kubes, Ltd. to Happ's requesting that AIG be put on
notice regarding this claim.

09/08/06   15:12 FAX 8472910441          ZANDE & ASSOCIATES, INC.                              ☒004

### Applicable in Alaska
A person who wilfully makes a false or misleading statement or representation for the purpose of obtaining or denying a benefit or payment is guilty of theft by deception.

### Applicable in Arizona
For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### Applicable in Arkansas
Any person or entity who willfully and knowingly makes any material false statement or representation for the purpose of obtaining any benefit or payment, or for the purpose of defeating or wrongfully decreasing any claim for benefit or payment or obtaining or avoiding workers' compensation coverage or avoiding payment of the proper insurance premium (or who aids and abets for either said purpose), under this chapter shall be guilty of a Class D. felony.

### Applicable in California
Any person who knowingly files a statement of claim containing any materially false or misleading information is subject to criminal and civil penalties.

### Applicable in Colorado
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### Applicable in Connecticut
This form must be completed in its entirety. Any person who intentionally misrepresents or intentionally fails to disclose any material fact related to a claimed injury may be guilty of a felony.

### Applicable in Delaware and Oklahoma
Any person who knowingly and with intent to injure, defraud, or deceive any Insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony. The lack of such a statement shall not constitute a defense against prosecution under this section. *Delaware Statutes Regulations: Del #C Section 913(B)

### Applicable in Florida
Any person who, knowingly and with intent to injure, defraud or deceive any employer or employee, insurance company or self-insured program, files any statement of claim containing any false or misleading information is guilty of a felony of the third degree.

### Applicable in Hawaii
For your protection, Hawaii law requires you to be informed that presenting a fraudulanet claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

### Applicable in Idaho
Any person who Knowingly and with the intent to injure, Defraud, or Deceive any Insurance Company Files a Statement of Claim Containing any False, Incomplete or Misleading information is Guilty of a Felony.

### Applicable in Indiana
A person who knowingly and with intent to defraud an insurer files a state☐ment of claim containing any false, incomplete, or misleading information commits a felony.

### Applicable in Kentucky, Maine, Michigan, New Jersey, New York, Pennsylvania and Virginia
Any person who knowingly and with intent to defraud any insurance company or another person files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and subjects the person to criminal and [NY: substantial] civil penalties. In Maine and Virginia, insurance benefits may also be denied.

### Applicable in Minnesota
A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### Applicable in Nevada
Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a felony.

### Applicable in New Hampshire
Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insur☐ance fraud, as provided in RSA 638:20.

### Applicable in Ohio
Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an applicatic or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### Applicable in Tennessee
It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits.

### Applicable in Utah
Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison.

EMPLOYEE SIGNATURE:

09/08/06  15:11 FAX 8472910441          ZANDE & ASSOCIATES, INC.                    ☑001



**Zande**
GROUP
Commercial Property
& Casualty Insurance

September 8, 2006

**Sent via facsimile (847-272-9554)**
**5 Pages**

Mr. Steve Happ
**HAPP'S, INC.**
3955 Dundee Road
Northbrook, IL  60062

RE:   American International Companies
      Workers Compensation Policy #WC188-01-48
      Date of Loss:  07/31/06

Dear Steve:

Thank you for promptly reporting the recent claim on your Workers Compensation policy.

A loss notice has been sent to American International Companies regarding this loss (see enclosed copy). The claim has been temporarily assigned to Shannon Stoessel, phone #888-745-7819 X4014. Please note that Shannon may be contacting you for additional information regarding this claim.

In the meantime, please forward any additional claim correspondence direct to our office. Complete and accurate information speeds up claim settlement.

Please call if you have any questions or if you feel this claim is not being handled properly. We value your business.

Sincerely,

*Maureen*

Maureen Kavanaugh
\MK

Enclosures



### ace westchester specialty group

Claims Routing 9250
ACE
500 Colonial Center Parkway, Suite 200
Roswell, GA 30076

PO Box 100008
Roswell, GA 30077-7008

678-795-4086 *tel*
678-795-4081 *fax*

Thomas.thornburgh@ace-ina.com
www.ace-ina.com

**Thomas A. Thornburgh, JD**
*Chief Claims Specialist*

August 29, 2007

Ms. Maureen Kavanaugh
**Zande Group LLC**
3340 Dundee Rd., Ste. 2C3
Northbrook, IL 60062

<u>ACKNOWLEDGMENT OF RECEIVED CLAIM INFORMATION</u>

RE: Insured: Happ's Inc.
Claimant: Carney, Patrick
Date of Loss: 07/31/2006
Our Claim Number: JY07J0223135

Dear Ms. Kavanaugh,

This acknowledges receipt of claim information relative to the above captioned insured.

This claim is being handled by the undersigned.

Any future correspondence should be directed to the undersigned, reflecting our Claim Number as noted above.

Thank you.

Very truly yours,

Thomas A. Thornburgh, JD

TAT/ml

cc: Happ's Inc., Attn: Mr. Steve Happ
Travis Pedersen and Associates, Inc.

One of the ACE Group of Insurance & Reinsurance Companies