**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 695 |
| ) | |
| HAPP'S INC, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Jeffrey Alan Goldwater           Robert J. Bingle
     Robert A. Chaney                 Corboy & Demetrio
     Bollinger, Ruberry & Garvey      33 North Dearborn Street
     500 West Madison Street          Suite 2100
     Suite 2300                       Chicago, Illinois 60602
     Chicago, Illinois 60606-2511

**PLEASE TAKE NOTICE** that on the **28th** day of **May 2008,** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Judge Hart,** or any judge sitting in his stead, in **Room 2243**, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present **MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT,** a copy of which is herewith served upon you.

                                By:      /s/ Joseph T. Gentleman
                                         One of the attorneys for Defendant

Joseph T. Gentleman (ARDC NO. 6244501)
Kent A. Heitzinger (ARDC NO. 26373)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2008**, I electronically filed this **Notice** and **MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to above.

                                         /s/ Chrissy Wawryniuk