**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 695 |
| ) | |
| HAPP'S INC, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO: Jeffrey Alan Goldwater         Robert J. Bingle
    Robert A. Chaney               Thomas F. Boleky
    Bollinger, Ruberry & Garvey    Corboy & Demetrio
    500 West Madison Street        33 North Dearborn Street
    Suite 2300                     Suite 2100
    Chicago, Illinois 60606-2511   Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the **28th** day of **MAY 2008,** the undersigned filed by ECF with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division**, THIRD PARTY COMPLAINT,** a copy of which is herewith served upon you.

By:   /Joseph T. Gentleman
One of the Attorneys for Happ's Inc.

Joseph T. Gentleman (ARDC NO. 6244501)   Kent A. Heitzinger (ARDC NO. 26373)
33 North Dearborn Street                 1056 Gage Street
Suite 1401                               Winnetka, Illinois, 60093
Chicago, Illinois 60602                  (847) 446-2430
(312) 263-7000

**CERTIFICATE OF SERVICE**

Under penalties as provided by law, the undersigned certifies that the foregoing **Notice** and **THIRD PARTY COMPLAINT** were caused to be served by utilizing the ECF system which electronically sent notice to the attorneys listed above on the **28th** day of **May 2008**.

s/ Liz Daleccio