AO 441  (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

NAUTILUS INSURANCE COMPANY,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

HAPP'S INC.,

CASE NUMBER:   08 C 695

ASSIGNED JUDGE:   William T. Hart

V. THIRD PARTY DEFENDANT

RICHARD ZANDE & ZANDE & ASSOCIATES A/K/A ZANDE GROUP, an Illinois corporation,

DESIGNATED MAGISTRATE JUDGE:

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

To: Name and address of Third Party Defendant

Richard Zande (c/o Panos T. Topalis, Esq.)
Tribler Orpett & Meyer PC
225 West Washington Street, Suite 1300
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jeffrey A. Goldwater/Robert A. Chaney
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-4544

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Joseph T. Gentleman
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
 ... served upon you herewith a cop...
**Michael W. Dobbins, Clerk**  f's complaint, *unless* (1) this is a
 nanding judgment against you
 les of Civil Procedure, in whic     **May 29, 2008**
 to the claim of the third-party pl.
(By) DEPUTY CLERK                                              Date

(By) DEPUTY CLERK

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 29, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Justin Valeccio | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally ~~upon the third-party defendant~~ Nate Bartley (Receptionist). Place where 225 West Washington Street, Suite 1300

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

Executed on  05/29/08       *Justin Valeccio*
             Date            Signature of Server

             33 North Dearborn Street
             Address of Server
             Suite 1401

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.