U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 08 CV 695

Nautilus Insurance Company
v.
Happ's Inc.
v.
Richard Zande & Zande & Associates a/k/a Zande Group

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richard Zande & Zande & Associates a/k/a Zande Group, an Illinois Corporation,

| NAME (Type or print) |
| --- |
| Panos T. Topalis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Panos T. Topalis, Esq. |
| FIRM |
| Tribler Orpett & Meyer, P.C. |
| STREET ADDRESS |
| 225 West Washington, Suite 1300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6202025 | (312) 201-6400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

675.23053

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | Case No.: 08 CV 695 |
| | ) | |
| v. | ) | Judge: William T. Hart |
| | ) | |
| HAPP'S, INC., | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ZANDE & ZANDE & ASSOCIATES A/K/A ZANDE GROUP, an Illinois corporation, | ) | |
| Third-Party Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have filed electronically and served a copy of the **Attorney Appearance Form** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

> Jeffrey A. Goldwater
> Robert A Chaney
> Bollinger, Ruberry & Garvey
> 500 West Madison Street, Suite 2300
> Chicago, Illinois 60661 – 4544
>
> Joseph T. Gentleman
> 33 North Dearborn Street
> Suite 1401
> Chicago, Illinois 60602

This 18th day of June 2008.

/s/ Panos T. Topalis
_____
TRIBLER ORPETT & MEYER, P.C.

Panos T. Topalis - ARDC #6202025
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400