675.23053

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | Case No.: 08 CV 695 |
| | ) | |
| v. | ) | Judge: William T. Hart |
| | ) | |
| HAPP'S, INC., | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ZANDE & ZANDE & | ) | |
| ASSOCIATES A/K/A ZANDE GROUP, an | ) | |
| Illinois corporation, | ) | |
| Third-Party Defendant. | ) | |

### MOTION FOR EXTENSION OF TIME

Now comes, third-party defendants, Richard Zande & Zande & Associates a/k/a Zande Group, an Illinois Corporation, by and through their attorneys, Tribler Orpett & Meyer, P.C., and respectfully request that this honorable court enter an order allowing them an additional twenty-one (21) days from entry of this order to file their responsive pleading, or until July 15, 2008.

Respectfully submitted,

/s/ Panos T. Topalis

_____
Attorney for RICHARD ZANDE &
ZANDE & ASSOCIATES a/k/a ZANDE
GROUP, an Illinois corporation
Panos T. Topalis  ARDC # 06202025
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400
(312) 201-6401 – fax
pttopalis@tribler.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have filed electronically and served a copy of the **Motion for Extension of Time** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

> Jeffrey A. Goldwater
> Robert A Chaney
> Bollinger, Ruberry & Garvey
> 500 West Madison Street, Suite 2300
> Chicago, Illinois 60661 – 4544
>
> Joseph T. Gentleman
> 33 North Dearborn Street
> Suite 1401
> Chicago, Illinois 60602

This 18th day of June 2008.

/s/ Panos T. Topalis

_____

TRIBLER ORPETT & MEYER, P.C.

Panos T. Topalis - ARDC #6202025
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400