675.23053

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | Case No.: 08 CV 695 |
| | ) | |
| v. | ) | Judge: William T. Hart |
| | ) | |
| HAPP'S, INC., | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ZANDE & ZANDE & | ) | |
| ASSOCIATES A/K/A ZANDE GROUP, an | ) | |
| Illinois corporation, | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF MOTION

TO:   See Certificate of Service

On **Wednesday, June 25, 2008** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge William T. Hart** presiding, in the courtroom **2243** usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present the attached **Motion for Extension of Time.**

Respectfully submitted,

/s/ Panos T. Topalis

_____
Attorney for RICHARD ZANDE &
ZANDE & ASSOCIATES a/k/a ZANDE
GROUP, an Illinois corporation
Panos T. Topalis   ARDC # 06202025
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400
(312) 201-6401 – fax
pttopalis@tribler.com

## CERTIFICATE OF SERVICE

  This is to certify that I have filed electronically and served a copy of the **Notice of Motion for Extension of Time** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

    Jeffrey A. Goldwater
    Robert A Chaney
    Bollinger, Ruberry & Garvey
    500 West Madison Street, Suite 2300
    Chicago, Illinois 60661 – 4544

    Joseph T. Gentleman
    33 North Dearborn Street
    Suite 1401
    Chicago, Illinois 60602

  This 18th day of June 2008.

            /s/ Panos T. Topalis
            _____
            TRIBLER ORPETT & MEYER, P.C.

Panos T. Topalis - ARDC #6202025
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400