U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 695
Nautilus Insurance Company
v.
Happ's Inc.
v.
Richard Zande & Zande & Associates a/k/a Zande Group

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Richard Zande & Zande & Associates a/k/a Zande Group, an Illinois Corporation,

| NAME (Type or print) |
| --- |
| David M. Lewin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David M. Lewin, Esq. |
| FIRM |
| Tribler Orpett & Meyer, P.C. |
| STREET ADDRESS |
| 225 West Washington, Suite 1300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6211157 | (312) 201-6400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

675.23053

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>HAPP'S, INC., )<br>    Defendant/Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ZANDE & ZANDE & )<br>ASSOCIATES A/K/A ZANDE GROUP, an )<br>Illinois corporation, )<br>    Third-Party Defendant. ) | Case No.: 08 CV 695<br><br>Judge: William T. Hart | |

## CERTIFICATE OF SERVICE

This is to certify that I have filed electronically and served a copy of the **Attorney Appearance Form** upon the persons listed by causing a copy of the same to be placed in the U.S. Mail with adequate postage thereon:

    Jeffrey A. Goldwater
    Robert A Chaney
    Bollinger, Ruberry & Garvey
    500 West Madison Street, Suite 2300
    Chicago, Illinois 60661 – 4544

    Joseph T. Gentleman
    33 North Dearborn Street
    Suite 1401
    Chicago, Illinois 60602

This 18th day of June 2008.

                                      /s/ David M. Lewin
                                      TRIBLER ORPETT & MEYER, P.C.

David M. Lewin - ARDC #6211157
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400