## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Nautilus Insurance Company
                                    Plaintiff,

v.                                                           Case No.: 1:08−cv−00695
                                                             Honorable William T. Hart

Happ's Inc., et al.
                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing set for 6/25/2008 is stricken. Third−party defendants' motion for extension of time to 7/15/2008 to file their responsive pleading [30] is granted. Status hearing previously set for 7/23/2008 at 11:00 a.m. stands.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.